■ GEORGE R. SOFIA et al., Appellants, v CARLOS JIMENEZ-RUEDA, M.D., Respondent, et al., Defendants. [831 NYS2d 91]—Motion for reargument denied. Present—Scudder, P.J., Hurlbutt, Centra and Pine, JJ.

■ In the Matter of ROBERT HAWLEY, Appellant, v VILLAGE OF PENN YAN et al., Respondents. [834 NYS2d 885]—Motion insofar as it seeks reargument granted and, upon reargument, the memorandum and order entered December 22, 2006 (35 AD3d 1270 [2006]) is amended by deleting the phrase "with all but one of the telephone numbers redacted" from the second sentence of the first paragraph of the memorandum and substituting the phrase "with all but the unlisted telephone numbers redacted." Present—Scudder, P.J., Hurlbutt, Gorski and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DEMETRIUS CALHOUN, Appellant. [830 NYS2d 679]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael F. Pietruszka, J.—Attempted Robbery, 1st Degree). Present—Scudder, P.J., Centra, Lunn, Peradotto and Pine, JJ.

■ In the Matter of MARCUS FOEHNER, Appellant, v DARLENE SANCHEZ, Respondent. [830 NYS2d 681]—Appeal dismissed as moot. Counsel's motion to be relieved of assignment granted. (Appeal from Order of Family Court, Monroe County, Julie A. Gordon, Referee, J.—Visitation). Present—Scudder, P.J., Centra, Lunn, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EDWARD LAMONT LINDER, Appellant. [830 NYS2d 680]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Erie County Court, Michael F. Pietruszka, J.—Attempted Burglary, 2nd Degree). Present—Scudder, P.J., Centra, Lunn, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. ROBERT REED, Appellant, v ROBERT DENNISON, as Chairman of New York State Division of Parole, Respondent. [830 NYS2d 680]—Judgment unanimously affirmed. Counsel's motion to be relieved of assignment granted (see People v Crawford, 71 AD2d 38 [1979]). (Appeal from Judgment of Supreme Court, Jefferson County, Hugh A. Gilbert, J.—Habeas Corpus). Present—Scudder, P.J., Centra, Lunn, Peradotto and Pine, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v EGRISONY RIVERA, Appellant. [830 NYS2d 678]—Judgment unani-